NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Cross Appellant,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants.*

2014-1324, -1365

Appeals from the United States District Court for the District of Delaware in No. 1:11-cv-00717-RMB-KW, Judge Renee Marie Bumb.

**ON MOTION**

**O R D E R**

Mylan Pharmaceuticals, Inc. and Mylan Inc. (collectively, "Mylan") move to deactivate this appeal, pending the disposition of their motion for relief under Federal Rule of Civil Procedure 60(b) from the district court's January 28, 2014 order.

Upon consideration thereof,

2    ENDO PHARMACEUTICALS INC. v. MYLAN PHARMACEUTICALS

IT IS ORDERED THAT:

The motion to deactivate this appeal is granted. Mylan shall promptly notify this court once its Rule 60(b) motion has been decided by the district court.

                              FOR THE COURT

                              <u>/s/ Daniel E. O'Toole</u>
                              Daniel E. O'Toole
                              Clerk of Court

s30